THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re: DAVID G. SCHNEIDER ) Case No. 15-47555-659
)
)
) Hearing Date: 10/29/15
) Hearing Location: Court 7 North
) Hearing time: 11:00am
Debtor(s) ) <u>Mtn. 25</u>

## ORDER GRANTING DEBTOR'S MOTION TO SELL REAL ESTATE THAT IS OWNED FREE AND CLEAR

The matter before the Court is Debtor's Motion to Sell Real Estate that is Owned Free and Clear. Upon consideration of the record as a whole and for good cause shown. Therefore,

**IT IS ORDERED THAT** Debtor's Motion to Sell Real Estate that is Owned Free and Clear is **GRANTED** in that Debtor is granted permission to sell his property located at 5597 Wavecreast Circle, Cottleville, MO 63304;

**IT IS FURTHER ORDERED THAT** after the property is sold, Debtor shall pay the net proceeds to the Chapter 13 Trustee and any proceeds in excess of the plan base shall be held by the Chapter 13 Trustee until after the governmental claims bar date expires.

**IT IS SO ORDERED.**

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: November 9, 2015
St. Louis, Missouri
rjb

Order prepared by:

Brent S. Westbrook
Westbrook Law Group, LLC
515 Jefferson St., Suite C
Saint Charles, MO 63301

Copies to:

Office of the United States Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102

Brent S. Westbrook
515 Jefferson St., Suite C
Saint Charles, MO 63301

John V. LaBarge Jr.
PO Box 430908
St. Louis, MO 63143

Julie Schneider
215 S. Jefferson St.
Florissant, MO 63031

David G. Schneider
1007 Josephville Rd.
Wentzville, MO 63385